FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BROCK MASLONKA,<br><br>    Defendant. | No. 2:20-CV-304-SAB<br><br>**ORDER APPROVING CONSENT DECREE AND DISMISSING CASE** |

    Before the Court is the Government's Motion to Enter a Proposed Consent Decree, ECF No. 50. The motion was considered without oral argument. Plaintiff United States of America is represented by Brian Uholik and Gus Maxwell. Defendant Brock Maslonka is represented by Megan Clark and Robert Greer.

    Previously, the Government filed a Notice of Lodging Proposed Consent Decree, ECF No. 49. In the notice, the Government indicated the proposed Consent Degree, if approved, would fully resolve the above-captioned case. It asked the Court to withhold consideration of the Consent Decree while it provided an opportunity for public comment.

    The Government now moves the Court to enter the lodged consent Decree. The Government states the Consent Decree would resolve its sole claim against Mr. Maslonka for violations of Section 301(a) of the Clean Water Act, 33 U.S.C. 1311(a) at the location of Perkins Slough in Pend Oreille County, Washington. The

**ORDER APPROVING CONSENT DECREE AND DISMISSING CASE** *1

Government also indicates Mr. Maslonka has signed and does not oppose the entry of the decree. Having reviewed the materials submitted, the Court concludes the Proposed Consent Decree is fair and reasonable. Therefore, the motion is granted. The Court will retain jurisdiction over this matter for the duration of the Consent Decree for enforcement purposes.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to Enter the Proposed Consent Decree, ECF No. 50, is **GRANTED**.

2. The Court will enter the Proposed Consent Decree under separate Order.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, **and** close the file.

**DATED** this 7th day of September 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER APPROVING CONSENT DECREE AND DISMISSING CASE *2**