MARK A. NITCZYNSKI
GUS MAXWELL
United States Department of Justice
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498 (Nitczynski)
Phone: (303) 844-1347 (Maxwell)
Fax: (303) 844-1350
Email: mark.nitczynski@usdoj.gov
Email: gustavus.maxwell@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BROCK MASLONKA,<br><br>    Defendant. | No. 2:20-CV-304-SAB<br><br>**NOTICE OF CONSENT DECREE MODIFICATIONS (SEPTEMBER 2024)** |

    Plaintiff, the United States of America, and Defendant, Brock Maslonka, notify the Court that, pursuant to the Consent Decree that the Court entered in this case, the Parties have agreed to modify certain deadlines in the Conceptual Perkins Slough Restoration/Mitigation Plan ("Restoration/Mitigation Plan"). The Restoration/Mitigation Plan is Appendix A to the Consent Decree and was amended in September 2023. *See* ECF 52 (Consent Decree); 53 (Notice of Consent Decree Modifications).

NOTICE OF CONSENT DECREE MODIFICATIONS - 1

The text of the revised Restoration/Mitigation Plan and Table 4 thereto include deadlines for Mr. Maslonka to complete the work described in the Restoration/Mitigation Plan. *See*, *e.g.*, ECF 53-1 at 25-26/26 (Table 4). In addition, Paragraph 50 of the Consent Decree specifies that modifications of the appendices to the Consent Decree must be in writing and signed by the United States and Mr. Maslonka. ECF 52 at 19/109, ¶ 50; *cf. id.*, ¶ 51 (requiring, *inter alia*, that other modifications to the Consent Decree be approved by the Court).

Mr. Maslonka will not be able to comply with certain deadlines set forth in the revised Restoration/Mitigation Plan and Table 4 despite good-faith efforts to do so. Accordingly, the Parties have agreed to modify specific deadlines in the Restoration/Mitigation Plan and Table 4. *See* Attachment 1 (September 2024 Restoration/Mitigation Plan Modification Agreement, with redline changes attached thereto). The attached changes affect only the deadlines as set forth there and do not affect any other Consent Decree deadlines.

For ease of reference for the Court and the Parties, the Parties also are attaching revised, clean copies of the Restoration/Mitigation Plan and Table 4 that include the Parties' modifications from the previous version. *See* Attachment 2.

Respectfully submitted on October 8, 2024,

*/s/ Gus Maxwell*
MARK A. NITCZYNSKI
GUS MAXWELL
United States Department of Justice
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498 (Nitczynski)
Phone: (303) 844-1347 (Maxwell)
Fax: (303) 844-1350

NOTICE OF CONSENT DECREE MODIFICATIONS - 2

Email: mark.nitczynski@usdoj.gov
Email: gustavus.maxwell@usdoj.gov

*Attorneys for the United States*


<u>*/s/ Robert F. Greer*</u>
ROBERT F. GREER
MEGAN C. CLARK
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 W. Riverside, Suite 210
Spokane, WA 99201
Phone: (509) 747-9100
Fax: (509) 623-1439
Email: robg@ettermcmahon.com
Email: mclark@ettermcmahon.com

*Attorneys for Defendant*

NOTICE OF CONSENT DECREE MODIFICATIONS - 3